Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0764

Samuel Tyrone Russell v. Alabama State Bar (Appeal from Disciplinary Board of Alabama State Bar: Petition No. 2024-505).

STEWART, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Wise, Sellers, Cook, and Lewis, JJ., concur.